UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| Dennis J. Campbell *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Civil Action No. 08 0376 |
| ) | |
| United States Equal Employment ) | |
| Opportunity Commission *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this ____ day of February ___, 2008,

ORDERED that plaintiffs' application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

SO ORDERED.

United States District Judge